**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BILLY R. WILLIAMS | : | JURY TRIAL DEMANDED |
| Plaintiff, | : | Civil Action No. 03-239 E |
| vs. | : | Hon. Judge Maurice B. Cohill |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | Electronically Filed |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Dirk Beuth as co-counsel on behalf of the Plaintiff, Billy Williams, in the above referenced matter.

Respectfully Submitted,

LAW OFFICES OF NEAL A. SANDERS

By: /s/ Dirk Beuth
Dirk Beuth, Esquire
PA Id. No. 76036
Co-Counsel for Plaintiff,
Billy Williams

1924 North Main Street Ext.
Butler, PA 16001
(724) 282-7771
dbeuth@penn.com