```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

BILLY R. WILLIAMS,                :
                                  :
        Plaintiff,              :   Civil Action No. 03-239E
                                  :
vs.                               :   Hon. Maurice B. Cohill, Jr.
                                  :
PENNSYLVANIA STATE POLICE, AN     :
AGENCY OF THE COMMONWEALTH        :
OF PENNSYLVANIA,                  :
                                  :   Electronically Filed
        Defendant.              :

## PLAINTIFF'S MOTION TO SCHEDULE STATUS CONFERENCE
## (UNRESOLVED MOTION FOR SUMMARY JUDGMENT)

AND NOW, comes Plaintiff, Billy R. Williams, by and through his counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, of the Law Offices of Neal A. Sanders and files this Plaintiff's Motion To Schedule Status Conference and states as follows:

1. The Court has had this case on Defendant's Motion for Summary Judgment since April 4, 2005.

2. Plaintiff's counsel Neal A. Sanders has made numerous attempts in 2006 and 2007 to obtain a status and to get a decision from the Court.

3. Telephone calls to the law clerk on the case have resulted in no response nor any action.

4. Contact with the Chief Judge has failed to change the status of the case.

5. Plaintiff has forwarded a number of written complaints to Plaintiff's counsel and the Court has been made aware of this but still there has been no decision on Defendant's Motion for Summary Judgment.

6. Plaintiff and Plaintiff's counsel respectfully request a status conference with Judge Cohill as soon as possible.

7. An appropriate Order is attached.

                                      Respectfully submitted,

                                      LAW OFFICES OF NEAL A. SANDERS

Dated: February 6, 2007        By:/s/Neal A. Sanders
                                          Neal A. Sanders, Esquire
                                          PA ID NO. 54618
                                          Co-Counsel for Plaintiff,
                                          Billy R. Williams

                                      By:/s/Dirk D. Beuth
                                          Dirk D. Beuth, Esquire
                                          PA ID NO. 76036
                                          Co-Counsel for Plaintiff,
                                          Billy R. Williams

                                          Law Offices of Neal A. Sanders
                                          1924 North Main Street Ext.
                                          Butler, PA 16001

                                          (724) 282-7771