IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY R. WILLIAMS, | : |
| Plaintiff, | : Civil Action No. 03-239E |
| vs. | : Hon. Maurice B. Cohill, Jr. |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : |
| | : Electronically Filed |
| Defendant. | : |

**<u>ORDER</u>**

AND NOW, this _____ day of February, 2007, based upon Plaintiff's Motion To Schedule Status Conference, said motion is GRANTED. A telephone status conference will be held on February _____, 2007, at _____.

BY THE COURT,

_____J.