FAX COVER SHEET

## LAW OFFICES OF NEAL A. SANDERS

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire

1924 North Main Street Ext.
Butler, Pennsylvania 16001
Phone: (724) 282-7771
Fax: (724) 285-6341

DATE: November 29, 2006
TO: Judge Ambrose
FAX #: (412) 208-7357
FROM: Neal A. Sanders
RE: Williams vs. ~~[redacted]~~ /PA State Police

(03-239E still pending)

~~[redacted]~~
Case No. 03-239 E

Number of pages including this cover page: _

COMMENTS: We ask for your help. Enclosed are two letters from our client. If I don't bring this to your attention, then I am doing a disservice to my client. Best, Neal S

CC: Mr. Barth  412-208-7517

*****CONFIDENTIALITY NOTE*****

The documents accompany this telecopy transmission are from the law firm of Neal A. Sanders, and contain information which is confidential and / or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this telecopied information, is strictly prohibited. The documents should be returned to Law Offices of Neal A. Sanders immediately. If you have received this communication in error, please notify us immediately by telephone at (724) 282-7771, so that we may arrange for the return of the original documents to us at no cost to you.

FAX COVER SHEET

# LAW OFFICES OF NEAL A. SANDERS

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire

[# 03-130E
03-239E]   2/10/06

1924 North Main Street Ext.
Butler, Pennsylvania 16001
Phone: (724) 282-7771
Fax: (724) 285-6341

4/4/05
By B[?]

DATE: APRIL 27, 2006

TO: Hon. Maurice Cohill   attn: Barbara / Karen Wilson

FAX #: [redacted]

FROM: N. Sanders

RE: Williams vs. PA State Police

Number of pages including this cover page: ___

COMMENTS: Status Check

We have been waiting decision by this Court on Defendant PA State Police Motion for S/J since March 2005. May we hear from the Court as to when a decision may be forthcoming — Thk You

NS

*****CONFIDENTIALITY NOTE*****

The documents accompany this telecopy transmission are from the law firm of Neal A. Sanders, and contain information which is confidential and / or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this telecopied information, is strictly prohibited. The documents should be returned to Law Offices of Neal A. Sanders immediately. If you have received this communication in error, please notify us immediately by telephone at (724) 282-7771, so that we may arrange for the return of the original documents to us at no cost to you.

cc: Scott Bradley
[redacted]