IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER

AND NOW, this  22nd  day of February, 2007, based upon Plaintiff's Motion To Schedule Status Conference, said motion is GRANTED. A telephone status conference will be held on ~~February~~ ~~2007~~ ~~at~~ March 19, 2007 at 1:30 p.m.

BY THE COURT,

*Maurice B. Cohill, Jr.*