IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILLY R. WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| **PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA,** | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ENTRY OF APPEARANCE

AND NOW, comes the Law Offices of Neal A. Sanders, and hereby enters this appearance of Dirk D. Beuth, Esquire, on behalf of Plaintiff.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: April 16, 2007       By: /s/Neal A. Sanders
                            Neal A. Sanders, Esquire
                            PA ID NO. 54618
                            Counsel for Plaintiff,
                            Billy R. Williams

                            1924 North Main Street Ext.
                            Butler, PA 16001

                            (724) 282-7771