**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN | : | |
| AGENCY OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

                                                                _____    **NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Dirk D. Beuth as co-counsel on behalf of the Plaintiff, Billy R. Williams, in the above referenced matter.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Date: April 17, 2007

By: /s/Dirk D. Beuth
Dirk D. Beuth, Esquire
PA ID NO. 76036
Co-Counsel for Plaintiff,
Billy R. Williams

1924 North Main Street Ext.
Butler, PA 16001
(724) 282-7771
dbeuth@penn.com