# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Billy R. Williams

vs.

Pennsylvania State Police,

Defendants

CV 03-239 E

HEARING ON **Pretrial Conference**

Before **Maurice B. Cahill, Jr.**

Neal Sanders, Esq.

Scott Bradley, Esq.

Appear for Plaintiff     Appear for Defendant

Hearing Begun 8/7/2007 10:00 AM

Hrg Adjourned to

Hrg concluded C.A.V. 10:28 AM

Stenographer **Karen Earley**

### WITNESSES
For Plaintiff     For Defendant

Settlement possibility discussed. Pretrial dates given. Final Pretrial Conference set for Tues. Oct. 9, 2007, at 1:30pm with Jury Selection + Trial to immediately follow. Pretrial Order to be entered.