IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this \_\_\_\_ day of August, 2007, based upon Defendant's Motion For Continuance Of Trial Date, the Motion is denied. The Court finds that the videotape method recommended by Plaintiff's attorney for this witness, Sidney Simon, is reasonable and Defendant should pursue that scheduling with Plaintiff's counsel so the videotape of defense witness, Sidney Simon, be completed on or before October 5, 2007.

BY THE COURT,

_____J.