IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY R. WILLIAMS, } | |
| } | |
| Plaintiff, } | |
| } | Civil Action No. 03-239 Erie |
| v. } | |
| } | Judge Cohill |
| PENNSYLVANIA STATE POLICE, AN } | |
| AGENCY OF THE COMMONWEALTH } | |
| OF PENNSYLVANIA, } | |
| } | |
| Defendant. } | |

## ORDER

**AND NOW**, this  11th  day of  September , 2007, upon consideration of the Motion for Continuance of Trial Date heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Accordingly, the Trial previously scheduled in this case for Tuesday, October 9, 2007, is **HEREBY CONTINUED** until  Tuesday, November 13 , 2007; the Final Pretrial Conference is set for  November 13 , 2007, at 10:00 a .m. with jury selection and trial to immediately follow.

BY THE COURT:

s/ Maurice B. Cohill, Jr.
_____
Maurice B. Cohill,
United States District Judge