**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BILLY R. WILLIAMS, } | |
| } | |
| Plaintiff, } | |
| } | Civil Action No. 03-239 Erie |
| v. } | |
| } | Judge Cohill |
| PENNSYLVANIA STATE POLICE, AN } | |
| AGENCY OF THE COMMONWEALTH } | |
| OF PENNSYLVANIA, } | |
| } | |
| Defendant. } | |

## JOINT MOTION TO AMEND FINAL PRETRIAL ORDER

AND NOW, come the parties, by their attorneys, Neal A. Sanders, Esquire, and Scott A. Bradley, Senior Deputy Attorney General, and move to amend the Final Pretrial Order previously entered in this case, for the following reasons:

1. By Order of Court entered on August 7, 2007 (Doc. # 28), trial in this matter was set for October 9, 2007. By that same Order, deadlines were set for various pretrial matters, including, *inter alia*, preparing exhibit binders, submitting proposed voir dire and jury instructions and filing motions *in limine*.

2. On September 11, 2007, the Defendant's Motion for Continuance of Trial Date (Doc. # 29) was granted and the case was rescheduled to November 13, 2007. See (Doc. # 31).

3. Accordingly, the parties now jointly move to amend the Final Pretrial Order to reflect the rescheduled trial date, as reflected in the attached proposed order.

2

WHEREFORE, the Parties respectfully request that the Final Pretrial Order in this case be amended accordingly.

Respectfully submitted,

| | |
|---|---|
| s/ Neal A. Sanders | s/ Scott A. Bradley |
| Neal A. Sanders, Esquire | Scott A. Bradley |
| Attorney I.D. No. 54618 | Senior Deputy Attorney General |
| | Attorney I.D. No. 44627 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

Date:  September 17, 2007