IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILLY R. WILLIAMS,** | } | |
| | } | |
| Plaintiff, | } | Hon. Maurice B. Cohill, Jr. |
| | } | |
| v. | } | |
| | } | Civ. No. 03-239 Erie |
| **PENNSYLVANIA STATE POLICE,** | } | |
| **AN AGENCY OF THE** | } | |
| **COMMONWEALTH OF** | } | |
| **PENNSYLVANIA,** | } | |
| | } | |
| Defendant. | } | |

## ORDER

AND NOW, to-wit, this ____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

**1.** A final pretrial conference shall be held on Tuesday, November 13, 2007 at 10:00 a.m. Jury selection and trial are set for November 13, 2007 immediately following the final pretrial conference.

**2.** All exhibits must be exchanged and marked in advance of trial. Copies are to be provided for the Court in binders properly labeled ("Plaintiff's Exhibits" and "Defendant's Exhibits"). Counsel shall plan to submit two copies of the Exhibit Binders at the final pretrial conference with the Court on **November 13, 2007**. Counsel shall also provide to the Court two copies of witness and exhibit lists.

**3.** Counsel will be provided with the Court's standard voir dire questions. Counsel are permitted to submit proposed supplemental voir dire questions in writing by **October 30, 2007**.

**4.** Counsel shall meet in an attempt to agree on a joint set of proposed jury instructions. Counsel will be given a draft of the Court's standard jury instructions to assist them. After said

meeting, and on or before **October 30, 2007**, counsel shall file a unified (meaning one) combined set of proposed instructions, along with a computer diskette or CD containing the instructions in WordPerfect or compatible format.

The filed set of instructions shall include both the agreed upon instructions and the proposed instructions to which the parties have not agreed. Each agreed upon instruction shall include the following notation at the bottom: "This proposed instruction is agreed upon by the parties." Each instruction to which the parties have not agreed shall indicate at the bottom the name of the party proffering the instruction. Proposed instructions by differing parties shall be grouped together.

A charging conference shall be held at which the proposed instructions will be ruled on. Counsel are required to state objections to the proposed charge at the charging conference and to supply alternate language, together with case authority. The Court will not accept separate proposed jury instructions from the parties.

**5.** The parties shall file joint stipulations as to facts, issues to be decided, authenticity and admissibility of exhibits, expert qualifications and reports, and deposition testimony to be read into the record no later than the final pretrial conference.

**6.** The parties shall file motions in limine on or before **November 6, 2007**.

                                                  BY THE COURT:

                                                  Maurice B. Cohill. Jr.
                                                  Senior United States District Judge

cc:    Counsel of Record