## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

October 15, 2007

Neal Sanders, Esquire
Dirk Beuth, Esquire
Scott Bradley, Esquire

    Re: Billy R. Williams vs. Pennsylvania State Police
         Civil Action No. 03-239-E

Dear Counsel:

    Due to the urgency of the Court's criminal docket, the Pretrial Conference, Jury Selection and Trial in the above captioned matter scheduled for November 13, 2007, are **RESCHEDULED** to **Monday, December 10, 2007**. The **Pretrial Conference** will begin **at 10:00 a.m.** in Courtroom A, Federal Courthouse, Erie, Pennsylvania. **Jury Selection and Trial will commence immediately following the Pretrial Conference**. Mark your calendars accordingly.

    If you have any questions regarding this matter, please contact law clerk, Kathleen Davis, as soon as possible.

                            Very truly yours,

                            <u>s/Karen M. Wilson</u>
                            Administrative Assistant to
                            Judge Maurice B. Cohill, Jr.