IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

**CONSENTED TO MOTION TO AMEND PRETRIAL ORDER - MOTIONS IN LIMINE**

AND NOW, comes Plaintiff, Billy R. Williams, by and through his counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, of the Law Offices of Neal A. Sanders and files this Consented To Motion To Amend Pretrial Order - Motions In Limine and states as follows:

1. The trial is currently scheduled to begin on December 10, 2007 with a final Pretrial Conference the same morning.
2. The parties jointly respectfully request until Monday, December 3, 2007 to file Motions in Limine as opposed to the current deadline of November 6, 2007.
3. All other Pretrial Order deadlines will remain in full force and effect.

4.   An appropriate Order is attached.

                                        Respectfully submitted,

                                        LAW OFFICES OF NEAL A. SANDERS

Dated: November 1, 2007        By:/s/Neal A. Sanders
                                          Neal A. Sanders, Esquire
                                          PA ID NO. 54618
                                          Co-Counsel for Plaintiff,
                                          Billy R. Williams

                                        By:/s/Dirk D. Beuth
                                          Dirk D. Beuth, Esquire
                                          PA ID NO. 76036
                                          Co-Counsel for Plaintiff,
                                          Billy R. Williams

                                        Law Offices of Neal A. Sanders
                                        1924 North Main Street Ext.
                                        Butler, Pennsylvania 16001

                                        (724) 282-7771