IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY R. WILLIAMS, : | |
| : | |
| Plaintiff, : | Civil Action No. 03-239E |
| : | |
| vs. : | Hon. Maurice B. Cohill, Jr. |
| : | |
| PENNSYLVANIA STATE POLICE, AN : | |
| AGENCY OF THE COMMONWEALTH : | |
| OF PENNSYLVANIA, : | |
| : | Electronically Filed |
| Defendant. : | |

## ORDER

AND NOW, this _____ day of November, 2007, based upon Consented To Motion To Amend Pretrial Order - Motions In Limine, said Motion is GRANTED. The parties shall file their Motions In Limine, if any, by Monday, December 3, 2007. Responses to Motions In Limine due by Friday, December 7, 2007. All other Pretrial deadlines are to remain in full force and effect.

BY THE COURT,

_____J.