

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street - Suite 400
Philadelphia, PA 19106-2515
215-440-2600
FAX 215 440-2604
TTY 215-440-2610

Our Reference:  Charge Number 17FA12205
               Williams v. Pennsylvania State Police

Mr. Billy R. Williams
650 West 10th Street
Erie, PA 16502

Dear Mr. Williams:

The Equal Employment Opportunity Commission (EEOC) has received your attorney's request for the issuance of a Notice of Right-to-Sue in connection with the above-referenced charge. Because the Respondent in this charge is from the public sector, the Notice of Right-to-Sue with respect to any allegations of discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, must be issued by the U.S. Department of Justice ("DoJ"). Therefore, the request has been forwarded to the DoJ for action. The DoJ will act on your request as soon as possible and issue the Notice of Right-to-Sue directly to you. You will then have **90 days from your receipt of the Notice of Right-to-Sue** to file suit in Federal District Court.

If you have any further questions concerning the issuance of the Notice of Right-to-Sue, you may write to the DoJ at:

> Ms. Karen Ferguson, Civil Rights Analyst
> Civil Rights Division - Employment Litigation Section
> U. S. Department of Justice
> 4239 Patrick Henry Building
> Washington, DC   20530-0001

Please note that with the issuance of the Notice of Right-to-Sue the EEOC will discontinue its administrative processing of this charge.

If you have any questions concerning the charge or the EEOC's processing, please call Stanford Lamb, Investigator, at 215-440-2617.

April 14, 2003
Date

William D. Cook
Enforcement Manager

cc: Pennsylvania State Police - Troop D
    Neal A. Sanders, Esquire (for Charging Party)
    Joseph Rengert, Chief Counsel (for Respondent)

4/17/03
R