

**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
3503 6277

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

May 5, 2003

Mr. Billy R. Williams
c/o Neal A. Sanders, Esquire
Law Offices of Neal A. Sanders
Attorneys at Law
1924 N. Main St. Ext.
Butler, PA  16001

Re:  EEOC Charge Against Commonwealth of Pennsylvania State Police, et al.
     No. 17FA12205

Dear Mr. Williams:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Ralph F. Boyd, Jr.
                              Assistant Attorney General
                              Civil Rights Division

                         by   *Karen L. Ferguson*

                              Karen L. Ferguson
                              Civil Rights Analyst
                              Employment Litigation Section

cc:  Philadelphia District Office, EEOC
     Commonwealth of Pennsylvania State Police, et al.