**Chairperson**
STEPHEN A. GLASSMAN

**Vice-Chairperson**
RAQUEL OTERO de YIENGST

**Secretary**
SYLVIA A. WATERS

**Executive Director**
HOMER C. FLOYD

**Regional Director**
GEORGE A. SIMMONS

**COMMISSIONERS**
DAVID A. ALEXANDER
M. JOEL BOLSTEIN
JOSEPH J. BORGIA
THEOTIS W. BRADDY
TIMOTHY CUEVAS
TONI M. GILHOOLEY
DANIEL D. YUN

Writer's Direct Dial:
**(412) 565-7538**
(412) 565-2894 fax



COMMONWEALTH OF PENNSYLVANIA
# PENNSYLVANIA HUMAN RELATIONS COMMISSION
Pittsburgh Regional Office
State Office Bldg., 300 Liberty Avenue
Pittsburgh, Pennsylvania 15222-1210
**(412) 565-5395 (Voice)**
(412) 565-5711 (TT)

October 6, 2003

RE:   Docket No. E99029D
      Billy R. Williams vs. COP, Pennsylvania State Police

Neal A. Sanders
Law Offices of Neal A. Sanders
1924 N. Main Street Ext.
Butler, PA  16001

Dear Mr. Sanders:

In cases where a Complainant has filed a complaint with both the PHRC and with the appropriate federal agency, i.e. EEOC, and where the complainant chooses to proceed in federal court, the Commission is guided by policy 92-02 which states:

> Upon notification by complainant or complainant's counsel that complainant is proceeding in federal court, or upon confirmation by the Commission that complainant is proceeding in federal court when the Commission becomes aware of the filing in federal court from another source, the Commission shall dismiss the PHRC complaint.

Therefore, It is recommended that this complaint be dismissed.

This recommendation has been reviewed and approved by the Compliance Supervisor. This case will be submitted to the Compliance Division of the Commission's Headquarters Office, and finally to the Commission's Executive Director. You will be notified by mail regarding the final approval of this recommendation.

Thank you for your cooperation.

Sincerely,

Julie A. Feuerhelm
Human Relations Representative

Terrance Mc Daniel
Compliance Supervisor

cc:   Billy R. Williams
      650 West 10th Street
      Erie, PA  16502