IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2007, upon due consideration of Plaintiff's Motion in Limine to Exclude Evidence Relating To The EEOC and PHRC Investigations and Determinations Pursuant To Rules 401-403 And 802 Of The Federal Rules Of Evidence, it is hereby ORDERED that said Motion is granted and the April 14, 2003, May 5, 2003, and October 6, 2003 EEOC and PHRC determination letters, and any evidence relating to these determinations or the administrative investigations that led to them are excluded from evidence at the trial of this matter.

BY THE COURT,

_____J.