# PENNSYLVANIA STATE POLICE

Equal Employment Opportunity Plan
January 1, 1999 to December 31, 1999



PSP 61

Colonel Paul J. Evanko
Commissioner

| | |
|---|---|
| Lt. Colonel Thomas K. Coury<br>Deputy Commissioner of Administration | Major Virginia L. Smith-Elliott<br>Equal Employment Opportunity Officer |

Community Labor Statistics

| Job Category | | Male | | | | | | Female | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | B | W | H | A/PI | AI/AN | Total | B | W | H | A/PI | AI/AN |
| Officials | # | 482645 | 16564 | 456855 | 3772 | 4880 | 482 | 255304 | 16428 | 231591 | 2390 | 2535 | 276 |
| Administrators | % | 65.60 | 2.30 | 62.00 | 0.50 | 0.70 | 0.10 | 34.40 | 2.20 | 31.50 | 0.00 | 0.30 | 0.00 |
| Professionals | | 473594 | 20398 | 437083 | 4745 | 10857 | 383 | 505657 | 38024 | 455651 | 5012 | 6396 | 412 |
| | | 48.40 | 2.10 | 44.60 | 0.50 | 1.10 | 0.00 | 51.60 | 3.90 | 46.50 | 0.50 | 0.70 | 0.00 |
| Technicians | | 162380 | 6760 | 151230 | 1575 | 2638 | 130 | 908642 | 9091 | 96675 | 1109 | 1628 | 106 |
| | | 59.90 | 2.50 | 55.80 | 0.60 | 1.00 | 0.00 | 40.10 | 3.40 | 35.70 | 0.40 | 0.60 | 0.00 |
| Protective Services | Officials | 74480 | 11356 | 61585 | 1079 | 164 | 270 | 15153 | 3479 | 11377 | 184 | 84 | 29 |
| | | 83.10 | 14.40 | 68.60 | 1.20 | 0.20 | 0.30 | 16.90 | 3.90 | 12.70 | 0.20 | 0.10 | 0.00 |
| | Liq. Enf. Off. & Troopers | 3151568 | 217665 | 2845280 | 49352 | 34155 | 4218 | 2627759 | 239703 | 2321405 | 35181 | 27511 | 3174 |
| | | 54.50 | 3.80 | 49.20 | 0.90 | 0.60 | 0.10 | 45.50 | 4.10 | 40.20 | 0.60 | 0.50 | 0.10 |
| Para-Professionals | | 20373 | 4631 | 14889 | 498 | 294 | 24 | 148333 | 25100 | 119227 | 2593 | 1025 | 350 |
| | | 12.10 | 2.70 | 8.80 | 0.30 | 0.20 | 0.00 | 87.90 | 14.90 | 70.70 | 1.50 | 0.60 | 0.20 |
| Office/Clerical | | 317651 | 29824 | 278989 | 4878 | 3387 | 394 | 950966 | 87996 | 884898 | 10389 | 6341 | 1024 |
| | | 25.00 | 2.40 | 22.00 | 0.40 | 0.30 | 0.00 | 75.00 | 6.90 | 66.60 | 0.80 | 0.50 | 0.00 |
| Skilled Craft | | 588721 | 25211 | 553360 | 6845 | 2484 | 719 | 41627 | 2983 | 37503 | 700 | 401 | 25 |
| | | 93.40 | 4.00 | 87.80 | 1.10 | 0.40 | 0.10 | 6.60 | 0.50 | 5.90 | 0.10 | 0.10 | 0.00 |
| Service Maintenance | | 1009049 | 96032 | 876908 | 24902 | 9072 | 1846 | 577590 | 49553 | 506820 | 11571 | 8511 | 936 |
| | | 63.60 | 6.10 | 55.30 | 1.60 | 0.60 | 0.10 | 36.40 | 3.10 | 31.90 | 0.70 | 0.50 | 0.10 |

## UTILIZATION CHART

| EEO Category | | Male | | | | | Female | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS = Community Labor Statistics | | White | Black | Hispanic | Asian | Amer Ind | White | Black | Hispanic | Asian | Amer Ind |
| **Official/Administrators** | | | | | | | | | | | |
| | Workforce % | 73.68 | 0.00 | 0.00 | 0.00 | 0.00 | 21.05 | 5.26 | 0.00 | 0.00 | 0.00 |
| | CLS % | 62.00 | 2.30 | 0.50 | 0.70 | 0.10 | 31.50 | 2.20 | 0.30 | 0.30 | 0.10 |
| | Utilization % | 11.58 | -2.30 | -0.50 | -0.70 | -0.10 | -10.45 | 3.06 | -0.30 | -0.30 | 0.00 |
| **Professionals** | | | | | | | | | | | |
| | Workforce % | 64.97 | 0.56 | 1.69 | 0.00 | 0.00 | 32.20 | 0.56 | 0.00 | 0.00 | 0.00 |
| | CLS % | 44.60 | 2.10 | 0.00 | 1.10 | 0.00 | 46.50 | 3.90 | 0.50 | 0.70 | 0.00 |
| | Utilization % | 20.37 | -1.54 | 1.69 | -1.10 | 0.00 | -14.30 | -3.34 | -0.50 | -0.70 | 0.00 |
| **Technicians** | | | | | | | | | | | |
| | Workforce % | 53.45 | 1.72 | 0.00 | 0.00 | 0.00 | 34.48 | 10.34 | 0.00 | 0.00 | 0.00 |
| | CLS % | 55.80 | 2.50 | 0.60 | 1.00 | 0.00 | 35.70 | 3.40 | 0.40 | 0.60 | 0.00 |
| | Utilization % | -2.35 | -0.78 | -0.60 | -1.00 | 0.00 | -1.22 | 6.94 | -0.40 | -0.60 | 0.00 |
| **Protective Service Workers - Officials** | | | | | | | | | | | |
| | Workforce % | 87.55 | 9.90 | 1.86 | 0.69 | 0.00 | 3.72 | 0.93 | 0.09 | 0.19 | 0.00 |
| | CLS % | 68.70 | 12.70 | 1.20 | 0.30 | 0.20 | 12.70 | 3.90 | 0.20 | 0.10 | 0.10 |
| | Utilization % | 18.85 | -2.80 | 0.66 | 0.39 | -0.20 | -8.98 | -2.97 | -0.11 | 0.09 | -0.10 |
| **Sworn** | | | | | | | | | | | |
| | Workforce % | 88.31 | 8.60 | 2.27 | 0.56 | 0.26 | 3.27 | 0.76 | 0.06 | 0.00 | 0.00 |
| | CLS % | 49.20 | 3.80 | 0.90 | 0.60 | 0.10 | 40.20 | 4.10 | 0.60 | 0.50 | 0.10 |
| | Utilization % | 39.11 | 4.80 | 1.37 | -0.04 | 0.50 | -36.93 | -3.34 | -0.54 | -0.50 | -0.10 |
| **Para-Professionals** | | | | | | | | | | | |
| | Workforce % | 33.33 | 0.00 | 0.00 | 0.00 | 0.00 | 33.33 | 0.00 | 33.33 | 0.00 | 0.00 |
| | CLS % | 8.80 | 2.70 | 0.30 | 0.20 | 0.00 | 70.70 | 14.90 | 1.50 | 0.60 | 0.20 |
| | Utilization % | 24.53 | -2.70 | -0.30 | -0.20 | 0.00 | -37.37 | -14.90 | 31.83 | -0.60 | -0.20 |
| **Office/Clerical** | | | | | | | | | | | |
| | Workforce % | 25.09 | 0.62 | 0.12 | 0.00 | 0.00 | 69.04 | 4.24 | 0.87 | 0.00 | 0.00 |
| | CLS % | 22.00 | 2.40 | 0.40 | 0.30 | 0.10 | 66.60 | 6.90 | 0.80 | 0.50 | 0.10 |
| | Utilization % | 3.09 | -1.78 | -0.28 | -0.30 | -0.10 | 2.44 | -2.66 | 0.07 | -0.50 | -0.10 |
| **Skilled Craft Workers** | | | | | | | | | | | |
| | Workforce % | 90.63 | 0.00 | 4.69 | 0.00 | 0.00 | 4.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CLS % | 87.80 | 4.00 | 1.10 | 0.40 | 0.10 | 5.90 | 0.50 | 0.10 | 0.10 | 0.00 |
| | Utilization % | 2.83 | -4.00 | 3.59 | -0.40 | -0.10 | -1.21 | -0.50 | -0.10 | -0.10 | 0.00 |
| **Service/Maintenance** | | | | | | | | | | | |
| | Workforce % | 58.82 | 5.88 | 8.82 | 0.00 | 0.00 | 11.76 | 5.88 | 8.82 | 0.00 | 0.00 |
| | CLS % | 55.30 | 6.10 | 1.60 | 0.60 | 0.10 | 31.90 | 3.10 | 0.70 | 0.50 | 0.10 |
| | Utilization % | 3.52 | -0.22 | 7.22 | -0.60 | -0.10 | -20.14 | 2.78 | 8.12 | -0.50 | -0.10 |

## **RECRUITMENT**

As the parties to the Consent Decree have filed a joint motion for the dissolution, the recruitment division has been reevaluated to determine if the most effective structure is in place and if the proper mix of personnel is being used to maximize the recruitment effort.

In order to enhance the recruitment effort, a full time recruitment officer is being added for Area I. Previously these responsibilities were handled by the recruitment supervisor.

A recruiting album, which highlights descriptively and photographically, the many tasks of the Pennsylvania State Police is being developed.

New advertising materials; brochures and posters are being developed to bring attention to Pennsylvania State Police as a career.

School and community programs are also being developed to promote the State Police as a career.

## ACTION PROGRAMS

1. Area/Troop Commanders and Bureau Directors will be contacted in person to discuss changes in the Equal Employment Opportunity Plan.

2. The Equal Employment Opportunity Officer will continue to present information on the Equal Employment Opportunity Program and Policy to State Police Cadets, Liquor Enforcement Officer Trainees, management, and rank and file personnel.

3. The Bureau of Training and Education has developed a Cultural Diversity Lesson Plan. This four-hour program will be offered as part of the mandatory in-service training in 1999.

4. The Bureau of Liquor Control Enforcement personnel continue to explore methods and strategies to increase the LCE minority complement.

## PLANNED IMPROVEMENT AND CORRECTIVE ACTION

A. <u>Officials and Administrators Category</u>

The Department will solicit input from the State Civil Service Commission to aid in the recruitment of Black males and White female applicants, as both are underutilized in this category.

B. <u>Professional Category</u>

These positions are governed by the State Civil Service rules. As in the officials and administrators category, the Department will work with he Civil Service Commission to increase the pool of Black males, Black females, and White females who are underutilized in this agency.

C. <u>Technicians</u>

Efforts will be made to work with the State Civil Service Commission to increase the number of Asian male and White female applicants.

D. <u>Protective Service Category</u>

The Department's recruitment efforts continue to focus on minority and female applicants. New strategies are being developed to aid in this endeavor. In addition, recruiters will be attending seminars conducted by personnel of police departments which have had success in increasing their numbers of minorities and females.

E. <u>Paraprofessionals</u>

As this category has only three employees, no action is recommended at this time.

F. <u>Office/Clerical</u>

For those positions covered by the State Civil Service Commission rules, the Department will continue to work with the Commission to increase the pool of minority applicants.

The Department will continue to request minority applicants from the Bureau of State Employment.

In addition, recruiters will apprise potential applicants of opportunities which exist with the Department.

G. <u>Skilled Craft Workers</u>

The Pennsylvania State Police will work with the Bureau of State Employment to increase the pool of minority and female applicants.

## EEO CATEGORY ANALYSIS AND SUMMARY

A. <u>Officials and Administrators</u>

This category consists of 19 employees. This agency demonstrates an underutilization of Black males, as their representation in the community work force is 2.3%, while in this agency there is 0. There is also an underutilization of White females, 31.05% in the community work force, 21.05% at this agency.

B. <u>Professionals</u>

There are 177 employees in this category. Underutilization is indicated for Black males at 0.56% while it is 2.1% in the community work force. There is underutilization of White females 32.20% in this agency and 46.5% in the community work force. There is an 0.56% utilization of Black females at this agency, indicating underutilization as there is 3.9% in the community work force.

C. <u>Technicians</u>

This category is filled by 58 employees. There is an underutilization of Asian males, 0% in this agency, and 1.0% in the community work force. There is an underutilization of White females in this category 34.48%, as compared to the community work force of 35.7%.

D. <u>Protective Service Workers</u>

This category is made up of 4,249 enlisted (sworn) personnel. There is an underutilization of Black males, 8.43% in this agency and 12.7% in the community workforce. There is also an underutilization of both Black and White females. White females are 3.39% at this agency, and 12.7% in the community work force. Black females in this agency are 0.80% and 3.9% in the community work force.

E. <u>Paraprofessionals</u>

There are only 3 employees in this category. Based on the community workforce there is an underutilization of Black males 0.0%: 2.7%, White females 33.33%: 70.7% and Black females 0.0%: 14.9%.

F. <u>Office/Clerical</u>

This category consists of the largest number of civilian personnel; 801. There is an underutilization of Black males 0.62% compared to 2.4% in the community work force. In addition, there is an underutilization of Black females 4.24% in this agency and 6.9% in the community work force.

COMMONWEALTH OF PENNSYLVANIA
STD-474
8-82

See IMPAAC Manual M410.2.

# AFFIRMATIVE ACTION FURLOUGH AND REINSTATEMENT REPORT
(All permanent employes — excluding CETA)

**AGENCY:** Pennsylvania State Police

**SUBMISSION DATE:** January 27, 1999

**REPORTING PERIOD:**
[X] JULY 1 — DECEMBER 31
[X] JANUARY 1 — JUNE 30, 1998

| RACE/SEX | TOTAL FURLOUGHS DURING REPORTING PERIOD (1) | NO. REHIRED INTO SAME OR HIGHER PAY RANGE WITHIN SAME AGENCY (2) | NO. REHIRED INTO SAME OR HIGHER PAY RANGE IN OTHER AGENCIES (3) | NO. REHIRED INTO LOWER PAY RANGE IN THE SAME AGENCY (4) | NO. REHIRED INTO LOWER PAY RANGE IN OTHER AGENCIES (5) | TOTAL REHIRED (2)+(3)+(4)+(5) (6) |
|---|---|---|---|---|---|---|
| White Male | 1 | 0 | 0 | 0 | 0 | 0 |
| White Female | | | | | | |
| Total White | | | | | | |
| Black Male | | | | | | |
| Black Female | | | | | | |
| Total Black | | | | | | |
| Hispanic Male | | | | | | |
| Hispanic Female | | | | | | |
| Total Hispanic | | | | | | |
| Others Male* | | | | | | |
| Others Female* | | | | | | |
| Total Others* | | | | | | |
| ALL MINORITIES | | | | | | |
| TOTAL MALES | 1 | | | | | |
| TOTAL FEMALES | | | | | | |
| **GRAND TOTAL** | 1 | 0 | 0 | 0 | 0 | 0 |

COMMENTS (IF ANY):

*INCLUDES AMERICAN INDIANS AND ASIANS

COMMONWEALTH OF PENNSYLVANIA
STD-473
REV 7-91

# GRIEVANCE/COMPLAINT RECORD

| AGENCY | BUREAU | | | | FOR PERIOD |
|---|---|---|---|---|---|
| Pennsylvania State Police | Statewide | | | | January 31, 1998 to December 31, 1998 |

| | EEO CODE | RACE | SEX | ISSUE | GRIEVANCE OR COMPLAINT PROCEDURE | LEVEL OF SETTLEMENT RESOLUTION |
|---|---|---|---|---|---|---|
| 1. | D | W | F | Sexual Harassment | Internal Affairs | Not Substantiated |
| 2. | F | W | F | Sexual Harassment | A.G.P. & Criminal Investigation | Exceptional Clearance |
| 3. | D | B | F | Race Discrimination -Change in Job Description (By Supervisor) | Informal | Handled by Complainant |
| 4. | D | W | F | Sex Discrimination | Informal | Supervisor Counseled Complainant Requested & Received Change in Job Assignment |
| 5. | | | | | | |
| 6. | F | W | F | Sexual Harassment | Informal | Counseled |
| 7. | F | W | F | Age - Political Affiliation | Internal Affairs | Complainant Refused to be Interviewed Resigned |
| 8. | D | B | M | Race Discrimination. (By Supervisor ) | Informal | Supervisor Counseled Complainant Returned to Previous Assignment |
| 9. | F | W | F | Sexual Harassment | Internal Affairs | 1 Day Suspension |
| 10. | F | (2) W | F | Sexual Harassment | Informal | Counseled |
| 11. | F | W | F | Sexual Harassment | Informal | Counseled |
| 12. | B | W | M | Disability | EEOC | Pending |
| 13. | D | W | M | Disability | EEOC | Pending |
| 14. | D | UNK | M | Disability | PHRC/EEOC | Pending |
| L4. | F | W/H | M | National Origin | EEOC | Pending |