IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

**ORDER OF COURT**

    AND NOW, this _____ day of _____, 2007, upon due consideration of Plaintiff's Motion in Limine to Exclude/Strike Defendant's Proposed Exhibit PSP 61 Pursuant To Rules 401-403 And 802 Of The Federal Rules Of Evidence and Defendant's response thereto, it is hereby ORDERED that said Motion is granted. The parties shall not introduce evidence of a Consent Decree against the Defendant nor shall the statistics and data covered in Defendant's Exhibit 61 be the subject of any testimony in this case.

                                        BY THE COURT,


                                        _____J.