IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY R. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.   03-239 Erie |
| | ) |
| PENNSYLVANIA STATE POLICE, AN | ) |
| AGENCY OF THE COMMONWEALTH | ) |
| OF PENNSYLVANIA, | ) |
| | ) |
| Defendant. | ) **Electronically File** |

## NOTICE OF APPEARANCE

Please enter my appearance Mary L. Friedline, Senior Deputy Attorney General for Defendant, Pennsylvania State Police, in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   s/Mary L Friedline
Mary L. Friedline
Senior Deputy Attorney General
Attorney I.D. No. 47046

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219
Date:  December 3, 2007