IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, AN | : | |
| AGENCY OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

AND NOW, comes Plaintiff, Billy R. Williams, by and through his undersigned counsel, and files the following Opposition to the Defendant's Motion in Limine:

1. With regard to Paragraph 1 of Defendant's Motion in Limine, Plaintiff responds as follows:

    a. As fully set forth in Plaintiff's Brief in Opposition to Defendant's Motion in Limine, while events that took place prior to June 1999 may not be actionable, evidence of the events are admissible if relevant. The evidence of events occurring prior to June 1999 that Plaintiff proposes to introduce is relevant to the issue of whether Major Seilhamer was motivated by discriminatory animus when making the decisions that are at issue.

    b. Plaintiff does not intend to elicit testimony from Erby Conley concerning any discriminatory treatment that he believes that he received while employed by the PSP. Plaintiff does expect Mr. Conley to testify concerning a number of other matters as detailed fully in Plaintiff's Brief in Opposition to Defendant's Motion in Limine.

    c. The newspaper articles concerning the quota investigation and findings are not being offered for the truth of the matter asserted but to establish that Captain Simon made the statements attributed to him in the articles. Accordingly, they are not hearsay. Plaintiff consents to the exclusion of the articles concerning the altercation between the troopers.

2. With regard to Defendant's Paragraph 2, Plaintiff does not intend to introduce any evidence of the type described by Defendant.

3. Plaintiff incorporates by reference Plaintiff's Brief in Opposition to Defendant's Motion in Limine.

4. Attached hereto as Exhibit 1 are excerpts from the Plaintiff's deposition transcript detailing the evidence of events that took place prior to June 1999 which Plaintiff proposes to offer. Attached hereto as Exhibit 2 are excerpts of the deposition transcript of Erby Conley detailing the testimony he is expected to offer.

WHEREFORE, Plaintiff respectfully requests that the Defendant's Motion in Limine be denied with the exception of proposed exhibits 97 and 98.

Respectfully submitted,

LAW OFFICES OF NEAL A. SANDERS

Dated: December 5, 2007

By:/s/Neal A. Sanders
Neal A. Sanders, Esquire
PA ID NO. 54618
Co-Counsel for Plaintiff,
Billy R. Williams

By:/s/Dirk D. Beuth
Dirk D. Beuth, Esquire
PA ID NO. 76036
Co-Counsel for Plaintiff,
Billy R. Williams

Law Offices of Neal A. Sanders
1924 North Main Street Ext.
Butler, Pennsylvania 16001

(724) 282-7771