```
 1
 2              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3
                            - - - - -
 4
     BILLY R. WILLIAMS,           )
 5                                )
              Plaintiff,          )
 6                                )
         vs.                      ) Civil Action
 7                                )
     PENNSYLVANIA STATE           ) No. 03-239 E
 8   POLICE, an Agency of         )
     the Commonwealth of          )
 9   Pennsylvania,                )
                                  )
10            Defendant.          )
     -----------------------------------------------------
11
     BILLY R. WILLIAMS,           )
12                                )
              Plaintiff,          )
13                                )
         vs.                      ) Civil Action
14                                )
     PENNSYLVANIA STATE           ) No. 03-130 E
15   TROOPERS ASSOCIATION,        )
                                  )
16            Defendant.          )

17                          - - - - -

18            DEPOSITION OF BILLY R. WILLIAMS

19                          - - - - -

20   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
21   AGENCY

22
                    CERTIFIED TRANSCRIPT
23                     NOT AN ORIGINAL

24
                                              Exh. 1
25
```

1          B. Williams - by Mr. Bradley
2  the New Castle station.
3      Q.    How about at the Mercer station?
4      A.    At the Mercer station, I had a very
5  rocky relationship with Major Seilhamer because
6  of the actions he took towards me. The
7  relationship between him and I seemed to change
8  once I got to Mercer.
9      Q.    This would have been while he was
10 still a captain and still your immediate
11 supervisor?
12     A.    Correct.
13     Q.    Can you pinpoint the genesis of that
14 disruption in your relationship?
15     A.    For an unknown reason to me,
16 starting in 1993, he started taking some of
17 what I have described as discrimination actions
18 against me while at Mercer station.
19     Q.    Discriminatory in what manner?
20     A.    He started punishing me for no
21 reason. For no reason at all, he transferred
22 me, the same as he and Captain Simon did in
23 2000. He transferred me on some trumped-up
24 charges. It's my opinion that he was behind
25 the trumped-up charges. At least he knew the

1           B. Williams - by Mr. Bradley

2   charges against me or the complaints against me

3   were trumped-up and had no basis. He gave

4   credence to them.

5       Q.    Would this have been the transfer in

6   2000 you're speaking of?

7       A.    No. I'm talking about the transfer

8   in 1994. Captain Seilhamer transferred me to

9   Butler in 1994 for three months allegedly to be

10  the acting crime lieutenant since the crime

11  lieutenant was going away for three months to

12  the FBI academy.

13      Q.    Let me get this straight. In 1994

14  you were temporarily transferred to Butler?

15      A.    Correct.

16      Q.    You were the crime lieutenant?

17      A.    That's right. In name only because

18  he stripped me of the duties of a crime

19  lieutenant. He gave the duties to a white

20  sergeant in the state police, and he gave me

21  the duty of correcting reports. All the duties

22  of the lieutenant went to the sergeant, so I

23  was just there correcting reports.

24      Q.    That was in 1994?

25      A.    Correct.

B. Williams - by Mr. Bradley

Q. You indicate that that was an involuntary transfer?

A. Correct. I filed a grievance.

Q. You were eventually returned to your position as station commander in Mercer after that?

A. Yes, I was.

Q. That was when?

A. 1994.

Q. Your return was based on the return of the crime lieutenant to that station?

A. That and the fact I filed a grievance. It had been told to me that the intention of the transfer was that I was to remain in Butler. I was convinced that had I not filed a grievance, I was going to remain transferred to Butler because the crime lieutenant made it well known that he wanted Mercer station.

Q. Did you prevail on that grievance?

A. Yes. Partially I did and partially I didn't. I filed two grievances. I filed a grievance for the transfer. Then the fact that once I was there, he stripped me of the duties

Case 1:03-cv-00239-MBC   Document 47-2   Filed 12/05/2007   Page 5 of 17

36

1          B. Williams - by Mr. Bradley

2  you have already told us.  Is there anything

3  more to it other that what you already told him

4  about the white sergeant?

5                 THE WITNESS:  Let me think for

6  a second.

7      A.    Captain Seilhamer routinely punished

8  me for false complaints lodged against me that

9  he knew were false.  They were lodged against

10 me by members --

11                MR. SANDERS:  Do you know that

12 you're talking now about the 1994 situation

13 he's asking you about?

14                THE WITNESS:  Correct.

15     A.    1994, 1995, 1996, he routinely

16 punished me for alleged complaints from members

17 of the Mercer station and the FOP out of

18 Butler.  He knew they were false.  He condoned

19 the false complaints.  In fact, he encouraged

20 the false complaints against me.

21         When I complained to him about

22 members destroying my office, these same

23 members were making derogatory comments about

24 me, calling me Slappy behind my back, writing

25 pictures of me in the dictionary.  One that my

POWERS, GARRISON & HUGHES
Court Reporting & Video Services - Phone (412) 263-2088

1   B. Williams - by Mr. Bradley
2   attorney recently gave you today is one
3   example, but there were like three or four
4   occasions where they -- in the dictionary on
5   some of the pages like the negro page, there is
6   a diagram of my picture. On the afro page in
7   the edition of the dictionary, they drew a
8   picture and put glasses and freckles on it and
9   said B.R. Williams.
10        I had my tires slashed. I had my
11  tires flattened with nails at Mercer station.
12  I had my office chair totally dismantled. I
13  had black ink put on my door, on my office
14  door. I had blank ink put on my locker at
15  Mercer station. It goes on and on and on. At
16  no time did Captain Simon (sic) see fit to put
17  a stop to it. In fact, his actions encouraged
18  that behavior.
19       Q.   You indicated that Captain Simon
20  (sic) never did anything about the --
21       A.   I mean Captain Seilhamer.
22       Q.   Did you mean Seilhamer?
23       A.   Yes.
24            MR. SANDERS: Then captain,
25  now major.

1       B. Williams - by Mr. Bradley

2              MR. BRADLEY:  Correct.

3       Q.     Again, you described this series of
4  events that occurred, and what you feel was
5  Captain Seilhamer's role in these events.  I
6  again want to focus on your characterization as
7  discriminatory.  Maybe I can ask it this way.
8              I'm assuming when you say it was
9  discriminatory, you're saying that it was done
10 because you're African-American?  Is that
11 correct?
12      A.     That's correct.  Actions were done
13 against me that were not done towards any other
14 white commander in the troop.
15      Q.     Other than the fact that they were
16 done against you as an African-American, do you
17 have any evidence that they were motivated by
18 your race and not -- if you can separate this
19 out in your mind, it was done because of your
20 race and not because of who you are?
21             MR. SANDERS:  Other than what
22 he has already told you?
23      Q.     Other than what you have already
24 told me.  I understand that you've described
25 the series of events.

1    B. Williams - by Mr. Bradley

2             MR. SANDERS: And the picture
3    in the dictionary that he gave you.
4             MR. BRADLEY: And the picture
5    and some of the other things. I think some of
6    these things came up in Captain Conley's
7    deposition.
8    BY MR. BRADLEY:
9        Q.   What I'm asking you is do you have
10   any evidence or direct knowledge that this was
11   done not because of Billy Williams but because
12   Billy Williams was black, if you understand
13   that question?
14       A.   All his adverse actions against me
15   were done to me, strictly in my opinion,
16   because of my race.
17       Q.   Okay.
18       A.   He denied me overtime.
19       Q.   Again, we're talking about
20   Captain Seilhamer at this point?
21       A.   Correct. Then Captain Seilhamer,
22   now he's a major.
23       Q.   Right.
24       A.   All his actions clearly were done to
25   me because of race. I was giving the same

1    B. Williams - by Mr. Bradley
2    orders as the white commanders in the troop,
3    and he punished me and not them. Clearly it
4    was because of my race. His actions against me
5    were because of my race.
6        Q.    As I understand it and since you
7    haven't provided me with any other indications
8    from Captain Seilhamer other than his actions,
9    it's your position that the discriminatory
10   nature of his acts are clearly present in the
11   acts themselves?
12       A.    He condoned the acts. He encouraged
13   the acts.
14       Q.    Now we're talking about two separate
15   things. When you talk about encouraging and
16   condoning the acts, now you're talking about
17   things that other people did. Is that correct?
18       A.    I'm talking about things they did
19   with his permission and condoning. He allowed
20   it to happen. He had the power to put a stop
21   to it, and he did not. He refused.
22              MR. SANDERS:  What Scott is
23   asking you, Lieutenant, is other than what
24   you're telling him, I guess, do you have any
25   other information to share with Scott going

1       B. Williams - by Mr. Bradley
2  back to the 1994 period of time where you
3  believe Seilhamer did anything directly himself
4  that you witnessed that you feel was racially
5  motivated?
6       A.    Not that I can think of right now.
7  I'm sure there are other things.  I can't think
8  of them right now.
9       Q.    Just to clarify what I'm trying to
10 say, it's your position that just based on the
11 actions Captain Seilhamer directed towards you
12 and because he didn't direct these same actions
13 towards white commanders, that that is the
14 basis for your claim of discrimination based on
15 race?
16      A.    That's part of it.
17      Q.    With respect to Captain Seilhamer,
18 what other part is there?
19           MR. SANDERS:  Just focus now
20 on the 1994 period.  1994, 1995 and 1996 period
21 Scott is asking you about.
22      A.    Like I said, he transferred me.  He
23 would not allow me to run Mercer station
24 without direct influence from him.  He punished
25 me for false complaints again me.

1          B. Williams - by Mr. Bradley
2              He had initiated a policy of what he
3     called a "Butler run." It was a little
4     punishment that he started up. If anything
5     happened at your station that he didn't like,
6     he would make you drive down to Butler as a
7     form of humiliation. Then he would openly brag
8     about it to the troop. He did that on a
9     regular basis in my case.
10         Q.    Did he do that to other troopers or
11    officers in Troop D?
12         A.    I don't know.
13         Q.    I guess maybe as the final question
14    in this area, did Captain Seilhamer -- again at
15    this period, 1994, and in that time frame --
16    did he ever directly indicate that his actions
17    were based on race? Did he ever say it? Did
18    he ever put it in writing?
19             Did he ever imply it in something he
20    said to somebody else that you overheard or
21    came back to you through a third party? Do you
22    understand the question?
23         A.    I don't know if he actually ever put
24    it in writing or actually said it to anybody.
25    Look at his actions. I filed a grievance.

1          B. Williams - by Mr. Bradley
2      A.    EEOC.
3      Q.    How many?
4      A.    One. I filed one in 1995 against
5  Captain Seilhamer and the state police.
6      Q.    That was against the state police?
7      A.    Captain Seilhamer and the state
8  police, correct.
9      Q.    Did you specifically name
10 Captain Seilhamer at that time?
11     A.    Yes, him and the state police are
12 certainly named in the complaint.
13     Q.    That was in 1995?
14     A.    Correct.
15     Q.    Did that address some of the matters
16 we have already talked about this morning that
17 you indicated occurred at the Mercer station in
18 1994?
19     A.    1994, 1995, yes.
20     Q.    Would that also have included the
21 transfer to Butler as the crime section
22 lieutenant?
23     A.    Yes.
24     Q.    Now, I was a little confused in your
25 answer. Was the EEOC filing in 1995 the only

| | |
|---|---|
| 1 | B. Williams - by Mr. Bradley |
| 2 | one prior to Exhibit No. 1, or have there been |
| 3 | others? |
| 4 | MR. SANDERS: Did you |
| 5 | understand the question, Lieutenant? Other |
| 6 | than this in 1991, and other than the one you |
| 7 | just told Scott and Bryan about in 1995, Scott |
| 8 | is asking were there any others? |
| 9 | THE WITNESS: No. |
| 10 | Q. Do you recall what happened to your |
| 11 | EEOC complaint in 1995? |
| 12 | A. After about a year-and-a-half of |
| 13 | complaints, they advised me that they did not |
| 14 | find enough evidence to hold my complaint. I |
| 15 | forget how they worded it. They gave me a |
| 16 | right to sue letter. I decided not to pursue |
| 17 | it at that time. |
| 18 | Q. Do you recall what year the right to |
| 19 | sue letter was issued? |
| 20 | A. I believe it was in 1996. |
| 21 | Q. As far as you can recall, you |
| 22 | filed -- and I'm going to use them as a group, |
| 23 | EEOC and PHRC -- you filed the EEOC and PHRC |
| 24 | complaint in 1995, and you filed one in 2001 |
| 25 | with respect to the state police? |

1          B. Williams - by Mr. Bradley
2  the state police, under their policies, what
3  are you supposed to do?
4      A.    Under their policies, I have the
5  right to take it up with my supervisor, which
6  has been one of the persons that perpetrated
7  against me.  Also, his supervisor is the main
8  person, so basically, I had no options; or I
9  could try to discuss the matter with the
10 department EEOC officer.
11     Q.    Did you ever discuss the problem
12 with the EEOC officer?
13     A.    Yes.  It was a very frustrating
14 waste of time.
15     Q.    Who was that?
16     A.    She did nothing.
17     Q.    Who was that individual?
18     A.    Lieutenant Marcy Robinson.
19     Q.    Marcy Robinson?
20     A.    Correct.  She has since given up
21 that position.  She gave it up this year.  She
22 decided and I heard she was telling people that
23 it was just a figure-head job.  She had no
24 authority, so she transferred out.
25     Q.    When did you talk with her?

1       B. Williams - by Mr. Bradley

2              MR. SANDERS: What year?

3       A.     2003.

4       Q.     At any time prior to 2003, did you speak with her?

6       A.     Not with her, but her previous EEOC officer, Major Virginia Smith, I spoke to her in 1994, 1997, and informally in 2001.

9       Q.     You indicated that there were three years that you spoke to Virginia Smith. Would that have been on one occasion in each year?

13      A.     I don't recall. That sounds about right. I don't recall. It could have been more than once. In 1995 I think was more than one occasion. In 1995 I think it was three or four occasions.

18      Q.     Do you recall speaking to her in 1998?

20      A.     I don't recall to be specific. I spoke with her quite a few times formally and informally. When I was down in Harrisburg, I might run into her. We would talk, and she would ask me how things were going. I would tell her about the discriminatory things and so

1        B. Williams - by Mr. Sanders
2        A.    Absolutely, yes.
3        Q.    Now, it was your contention, am I
4    correct, that this is all racially motivated by
5    Mr. Seilhamer?
6        A.    Yes. He's the main perpetrator.
7        Q.    You had racial issues filed against
8    him, if I understand you correctly, in the
9    early 1990s?
10       A.    Correct.
11       Q.    What was your reasoning for not
12   filing a lawsuit then when they gave you the
13   right to sue letter?
14             When the EEOC gave you the right to
15   sue letter -- you may have answered this, but I
16   just want to pursue this a little bit more --
17   why didn't you file in that 90-day right to sue
18   period they gave you?
19       A.    Well, I had not spoken to a civil
20   rights attorney. Because of the time frame, I
21   really thought that maybe the attitude would
22   change and things would get better.
23       Q.    Let me ask you this. I assume it's
24   your position they did not get better?
25       A.    No, they did not. They got worse.

1           B. Williams - by Mr. Sanders

2     Q.    Is it your testimony in this case that Mr. Seilhamer was aware of your race case in 1994?

5     A.    Absolutely.

6     Q.    How do you know that then Captain Seilhamer and now Major Seilhamer was aware of your filing a EEOC/PHRC charge in the 1994, 1995 and 1996 period of time?

10     A.    The complaint went to the state police, and it was against him.

12     Q.    Did you ever sense a difference in the way he treated you from the time prior to the filing of the 1994 complaint alleging race and the treatment you got after the expiration of your right to go to court expired?

17     A.    Well initially, he acted like he was more friendly. I was aware that he had made a few statements around the troop that he did not believe -- if he wanted to punish me or someone else, that he would not come at me directly, he would go through somebody else.

23     Q.    Did you know that Mr. Conley felt the way he did about Mr. Seilhamer being a racist before you filed your charges in the