IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : : : | |
| | : | Electronically Filed |
| Defendant. | : | |

## ORDER OF COURT

      AND NOW, this _____ day of _____, 2007, upon due consideration of the Defendant's Motion in Limine and Plaintiff's Opposition thereto it is hereby ORDERED that said Motion is granted in part and denied in part.  Said Motion is granted with respect to Plaintiff's proposed exhibits 97 and 98.  Said Motion is denied in all other respects.  The Court acknowledges that Plaintiff has represented that he will not attempt to introduce evidence that any individual other than Plaintiff was discriminated against by the Defendant.

      BY THE COURT,

_____J.