IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BILLY R. WILLIAMS, } | |
| } | |
| Plaintiff, } | |
| } | Civil Action No. 03-239 Erie |
| v. } | |
| } | Judge Cohill |
| PENNSYLVANIA STATE POLICE, AN } | |
| AGENCY OF THE COMMONWEALTH } | |
| OF PENNSYLVANIA, } | |
| } | |
| Defendant. } | |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION IN LIMINE (DOC. # 40)**

AND NOW, comes the defendant, the Pennsylvania State Police, by its attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and makes the following response to the Motion *in Limine Exclude EEOC and PHRC* (Doc. # 40) heretofore filed by the Plaintiff:

1. Plaintiff, Billy R. Williams ("Williams" or "Plaintiff"), has brought the instant suit under Title VII, alleging discrimination in employment by his employer, the Pennsylvania State Police ("PSP"). Williams has alleged that the PSP permitted a racially hostile workplace to be engendered at its Mercer Station and Troop D Butler Headquarters, and that he was also subjected to disparate treatment based on his race.

2. In advance of trial, Plaintiff has filed a motion *in limine* and supporting brief (Docs. # 40-41), seeking therein to exclude any testimony on, or evidence of determination letters Plaintiff received from the Equal Employment Opportunity Commission and/or the Pennsylvania Human Relations Commission during the administrative portion of this case. See Plaintiff's Exhibits 1-3.

3. The Defendant has not identified these documents as potential trial exhibits and does not intend to offer these documents into evidence, or to present any testimony based on these documents. Accordingly, the Defendant agrees that these documents are not relevant to the issues to be determined in this trial.

WHEREFORE, the Defendant respectfully submits that it does not oppose Plaintiff's Motion in Limine at Docket Entry 40.

                                      Respectfully submitted,

                                      THOMAS W. CORBETT, JR.
                                      Attorney General

|  |  |
|---|---|
| Office of Attorney General | s/ Scott A. Bradley |
| 6th Floor, Manor Complex | Scott A. Bradley |
| 564 Forbes Avenue | Senior Deputy Attorney General |
| Pittsburgh, PA 15219 | Attorney I.D. No. 44627 |
| Phone: (412) 565-3586 |  |
| Fax:     (412) 565-3019 | Susan J. Forney |
|  | Chief Deputy Attorney General |

Date: December 6, 2007