IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Billy R. Williams )
)
)
vs. )  CV. NO. 03-239 Erie
Pennsylvania State Police )
)
Defendants )

HEARING ON  Pretrial Conference

Before  Maurice B. Cohill, JR.

Neal Sanders, Esq.              Scott Bradley, Esq,
                                Mary Friedline, Esq.

Appear for Plaintiff            Appear for Defendant

Hearing Begun  12/10/2007  10:00      Hrg Adjourned to _____
Hrg concluded C.A.V.  12:00           Stenographer  Janis Ferguson

WITNESSES
For Plaintiff                    For Defendant

■ Settlement discussions held.

■ Court rules on voir dire.

■ Plaintiff seeks sequestration of retired police officer who was Plaintiff's supervisor. Defendant argues that this officer is needed to assist at trial. Court rules that officer is permitted to remain at counsel table. Plaintiff's motion is Denied.

■ Court denies Defendant's motion in limine