WDPA CTM (2/01)                              CIVIL TRIAL MEMORANDUM

# UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

Billy R. Williams

vs                          No. _____ 03-239 _Erie_ _____    CIVIL

Time for Selection: __ _1:35_ __

_2:36_

PA State Police               Date:    12/10/2007

| | NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|---|
| 85 | 1 | JILL GLUNT | | 10 | JACQULYN DIMAIO π 3 | |
| 26 | 2 | SHLLY DEMMLER | | 11 | ROBERT OLSON | 163 |
| | 3 | Tammy L. Powell X 2 | | 12 | MONICA FANAZINI | 177 |
| 9 | 4 | JULIE WITHEY Excused For Cause AFTER SELECTION | | 13 | BETTY JO CANADY | 181 |
| | 5 | MICHAEL CIESLAK π 2 | | 14 | NANCY FOX Δ 3 | |
| | 6 | KIMBERLY KRILL Δ 1 / MICHAEL BURNS | | 15 | | |
| | 7 | PAUL JOHNSON π 1 | | 16 | | |
| 168 | 8 | BLAIR BUNDY | | 17 | | |
| 36 | 9 | WALTER HEINL II | | 18 | | |

## WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | 03-239 Erie | Case closed | 20___ |
| Before Judge | MAURICE B. Cohill, JR. | Judge Charges Jury | 20___ |
| Appears for Pltf. | NEAL SANDERS, Esq. | Jury Retires | 20___ |
| | | Verdict | 20___ |

Case settled 10³⁰ a.m. 12/11/07
Settlement placed on record,
under seal.

| | |
|---|---|
| Appears for Deft. | SCOTT BRADLEY, Esq. |
| | MARY L. Friedline, Esq. |

Appears for 3rd pty.

| | | |
|---|---|---|
| Pltf. opens | 20___ | Bailiff in charge/Law Clerk |
| Pltf. rest | 20___ | Court Reporter   JANIS FERGUSON/ SONDRA BECK |
| Pltf. close | 20___ | Deputy Clerk   DEBBIE MAYO |
| Deft. opens | 20___ | |
| Deft. rest | 20___ | |
| Deft. close | 20___ | |

### JURY

1. Jill Glunt
2. Sally Demmler
3. Blair Bundy
4. Walter Hein I, II
5. Robert Olson
6. Monica Fanazixi
7. Betty Jo Canady
8.

### TRIAL MOTIONS

### TRIAL MEMORANDUM

#### Dates of Trial

| | | |
|---|---|---|
| Trial Opens | 12/10 | 2007 |
| Continues | 12/11 | 2007 |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | | 20___ |
| Verdict | | 20___ |