# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Billy R. Williams  
        Plaintiff

vs.        C.A. 03-239E

Pennsylvania State Police  
        Defendants

HEARING ON ~~Final~~ STATUS

Before Hon. Maurice B. Cohill, Jr.

Neal Sanders, Esq.        Scott Bradley, Esq.  
                                Mary L. Friedline, Esq.  
Appear for Plaintiff        Appear for Defendant

Hearing Begun 9:00 a.m. 12-11-07    Hrg Adjourned to  
Hrg concluded C.A.V. 10:35 a.m. 12-11-07    Stenographer Sondra Black

### WITNESSES
For Plaintiff        For Defendant

Court met with counsel in chambers and ruled on various motions in limine / procedural questions.

Settlement reached and placed on the record, under seal.