**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BILLY R. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-239E |
| | : | |
| vs. | : | Hon. Maurice B. Cohill, Jr. |
| | : | |
| PENNSYLVANIA STATE POLICE, AN AGENCY OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW, come Plaintiff Billy R. Williams, by and through his undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Pennsylvania State Police, An Agency of the Commonwealth of Pennsylvania, by and through its undersigned counsel, Scott A. Bradley, Senior Deputy Attorney General, and file this Joint Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL | LAW OFFICES OF NEAL A. SANDERS |
| /s/Scott A. Bradley | /s/Neal A. Sanders |
| Scott A. Bradley | Neal A. Sanders, Esquire |
| Senior Deputy Attorney General | PA ID. NO. 54618 |
| PA ID NO. 44627 | Dirk D. Beuth, Esquire |
| 6th Floor, Manor Complex | PA ID NO. 76036 |
| 564 Forbes Avenue | 1924 North Main Street Ext. |
| Pittsburgh, PA 15219 | Butler, PA 16001 |
| (412) 565-3586 | (724) 282-7771 |
| | |
| Counsel for Defendant | Counsel for Plaintiff |
| | |
| Dated: January 28, 2008 | Dated: January 28, 2008 |